AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JASON ANDERSON
        Petitioner
    v.        **Civil Action No.**    3:22-cv-481
                                      (Arising from 3:17-cr-63)

UNITED STATES OF AMERICA
        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is GRANTED. Mr. Anderson shall remain in custody pending his resentencing.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge  Robert L. Miller, Jr.  on a motion to  Vacate under 28 U.S.C. 2255

DATE:  12/15/2022                    GARY T. BELL, CLERK OF COURT

                                                by   /s/R. Covey, Deputy Clerk
                                                        *Signature of Clerk or Deputy Clerk*